RE: Docket Sheet Request

75,964-01

Dear Clerk,

This letter is being written to request that you send to me a copy of the docket sheet in the following cause please? My information is as follows. Thank you for your time in advance to this matter.

[Writ of Habeas Corpus] application from case file #WR-75,964-01, held at the Court of Criminal Appeals, relating to Harris County cause #116993.

Best Regards:

Candy H. Hughes#1596685
Hughes Unit
Rt.2 Box 4400
Gatesville,Texas.76597
U.S.A

12-11-2015

x _Candy Hill Hughes_

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 17 2015

Abel Acosta, Clerk